**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marion LATIMER, Jr., Defendant–Appellant.**

**No. 02–6757.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Marion Latimer, Jr., Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marion Latimer, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude for the reasons stated by the district court that Latimer has not made a substantial showing of the denial of a constitutional right. *See United States v. Latimer*, No. CR–95–147; CA–97–799–3 (S.D.W. Va. filed Apr. 9, 2002; entered Apr. 10, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*